**FILED**
AUG 28 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _EF_ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 08CR2922-BTM |
| Plaintiff, ) | I N F O R M A T I O N |
| v. ) | Title 21, U.S.C., Secs. 952 and 960 - Importation of |
| CHRISTOPHER FILIPINO MIRTZINE, ) | Marijuana (Felony) |
| Defendant. ) | |

The United States Attorney charges:

On or about August 3, 2008, within the Southern District of California, defendant CHRISTOPHER FILIPINO MIRTZINE, did knowingly and intentionally import 100 kilograms or more, to wit: approximately 208.06 kilograms (457.73 pounds) of Marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: August 28, 2008.

KAREN P. HEWITT
United States Attorney

SABRINA L. FEVE
Assistant U.S. Attorney

SLF:es:Imperial
8/27/08